## EXHIBIT 1

Stipulation

4903-9166-1990.1 57099.00001

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| IN RE:<br><br>POLISHED.COM, INC., *et al.*,[1]<br><br>            Debtors. | Chapter 7<br><br>Case No. 24-10353 (TMH) |
| GEORGE L. MILLER, in his capacity as Chapter 7 Trustee of POLISHED.COM, INC., *et al.*,<br><br>            Plaintiff,<br><br>     v.<br><br>MICHAEL'S CONSTRUCTION COMPANY LLC,<br><br>            Defendant. | Adv. Pro. No. 26-50095 (TMH) |

**STIPULATION REGARDING EXTENSION OF**
**BRIEFING SCHEDULE ON DEFENDANT'S MOTION TO DISMISS**

Plaintiff, George L. Miller in his capacity as chapter 7 trustee of Polished.com Inc., *et al.*, (the "Plaintiff"), for the estates of the above-captioned debtors (the "Debtors") in the above-captioned cases pending under chapter 7 of title 11 of the United States Code (the "Bankruptcy Code"), by and through his undersigned counsel and Michael's Construction Company LL, (the "Defendant," and together with Plaintiff, the "Parties"), enter into this *Stipulation Regarding Extension of Briefing Schedule on Defendant's Motion to Dismiss* (the "Stipulation") and hereby stipulate and agree as follows:

---

[1]  The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number, are: Polished.com, Inc. (3938); 1 Stop Electronics Center, Inc. (9485); AC Gallery Inc. (3629); Appliances Connection Inc. (8366); Gold Coast Appliances, Inc. (1575); Joe's Appliances LLC (8354); Superior Deals Inc. (0096); and YF Logistics LLC (8373).

4903-9166-1990.1 57099.00001

1. Plaintiff's opposition to *Defendant's Motion to Dismiss* (the "Motion to Dismiss")

shall be filed on or before June 8, 2026.

2. Defendant's reply brief in further support of its Motion to Dismiss shall be filed on

or before June 29, 2026.

Dated: April 30, 2026
   Wilmington, Delaware

By: */s/ Peter J. Keane*
   **PACHULSKI STANG ZIEHL & JONES LLP**
   Bradford J. Sandler (D.E. Bar No. 4142)
   Peter J. Keane (D.E. Bar No. 5503)
   Edward A. Corma (D.E. Bar No. 6718)
   919 N. Market Street, 17th Floor
   P.O. Box 8705
   Wilmington, DE  19899-8705 (Courier 19801)
   Telephone:  (302) 652-4100
   Facsimile:  (302) 778-7575
   Email: bsandler@pszjlaw.com
      pkeane@pszjlaw.com
      ecorma@pszjlaw.com

*Counsel to Plaintiff George L. Miller, Chapter 7 Trustee*

By: */s/ Julie M. Murphy*
   **STRADLEY RONON STEVENS & YOUNG, LLP**
   Julie M. Murphy (D.E. Bar No. 5856)
   1000 N. West Street, Suite 1200
   Wilmington, DE 19801
   Phone: (302) 295-3805
   Facsimile: (302) 467-4550
   Email: jmmurphy@stradley.com

*Counsel to Defendant, Michael's Construction Company LLC*