# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| IN RE:<br><br>POLISHED.COM INC., *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 24-10353 (TMH)<br><br>(Jointly Administered) |
| GEORGE L. MILLER, in his capacity as Chapter 7 Trustee of POLISHED.COM INC., *et al.*,<br><br>Plaintiff,<br><br>v.<br><br>THE MICHAELS CONSTRUCTION COMPANY, LLC,<br><br>Defendant. | Adv. Pro. No. 26-50095 (TMH) |

## NOTICE OF COMPLETION OF BRIEFING

PLEASE TAKE NOTICE that briefing is complete on *The Michaels Construction Company, LLC's Motion to Dismiss the Chapter 7 Trustee's Adversary Complaint for Breach of Contract, Account Stated, Unjust Enrichment and Turnover of Estate Property* [Adv. D.I. 11] (the "Motion").

PLEASE TAKE FURTHER NOTICE that Defendant, The Michaels Construction Company, LLC, through its undersigned counsel, advises the Court that the following filings are relevant to the Motion:

---

[1] The debtors (the "**Debtors**") in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number, are: Polished.com Inc. (3938); 1 Stop Electronics Center, Inc. (9485); AC Gallery Inc. (3629); Appliances Connection Inc. (8366); Gold Coast Appliances, Inc. (1575); Joe's Appliances LLC (8354); Superior Deals Inc. (0096); and YF Logistics LLC (8373).

1. Chapter 7 Trustee's Adversary Complaint for Breach of Contract, Account Stated, Unjust Enrichment and Turnover of Estate Property [Adv. D.I. 1];

2. The Michaels Construction Company, LLC's Motion to Dismiss the Chapter 7 Trustee's Adversary Complaint for Breach of Contract, Account Stated, Unjust Enrichment and Turnover of Estate Property [Adv. D.I. 11];

3. Certification of Counsel Regarding Order Approving Stipulation Regarding Extension of Briefing Schedule on Defendant's Motion to Dismiss [Adv. D.I. 14];

4. Order Approving Stipulation Regarding Extension of Briefing Schedule on Defendant's Motion to Dismiss [Adv. D.I. 15];

5. Response /Plaintiff's Opposition to Michaels Construction Company's Motion to Dismiss the Adversary Complaint [Adv. D.I. 16];

6. Reply Brief in Support of The Michaels Construction Company, LLC's Motion to Dismiss the Chapter 7 Trustee's Adversary Complaint for Breach of Contract, Account Stated, Unjust Enrichment and Turnover of Estate Property [Adv. D.I. 17].

Dated July 8, 2026

*/s/ Daniel M. Pereira*
Daniel M. Pereira, Esq (Bar No. 6450)
Amy E. Vulpio. Esq. (admitted pro hac vice)
Matts Batryn, Esq. (admitted pro hac vice)
STRADLEY RONON STEVENS & YOUNG, LLP
1000 N. West Street, Suite 1200
Wilmington, DE 19801
215.564.8000
dpereira@stradley.com
avulpio@stradley.com
mbatryn@stradley.com

*Counsel for Defendant, The Michaels Construction Company, LLC*

## CERTIFICATE OF SERVICE

I, Daniel M. Pereira, do hereby certify that a true and correct copy of the Notice of Completion of Briefing was filed via the Court's CM/ECF system on July 6, 2026, and served on all counsel of record via electronic notification.

July 7, 2026

*/s/ Daniel M. Pereira*
Daniel M. Pereira, Esq (Bar No. 6450)
Amy E. Vulpio. Esq. (admitted pro hac vice)
Matts Batryn, Esq. (admitted pro hac vice)
STRADLEY RONON STEVENS & YOUNG, LLP
1000 N. West Street, Suite 1200
Wilmington, DE 19801
215.564.8000
dpereira@stradley.com
avulpio@stradley.com
mbatryn@stradley.com

*Counsel for Defendant, The Michaels Construction Company, LLC*