**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>POLISHED.COM INC., et al.,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 24-10353 (TMH) |
| GEORGE L. MILLER, in his capacity as Chapter 7 Trustee of POLISHED.COM INC., et al.,<br><br>Plaintiff,<br>v.<br><br>THE MICHAELS CONSTRUCTION COMPANY, LLC,<br><br>Defendant. | Adv. Pro. No. 26-50095 (TMH) |

**ORDER GRANTING IN PART AND DENYING IN PART THE MICHAELS CONSTRUCTION COMPANY, LLC'S MOTION TO DISMISS THE CHAPTER 7 TRUSTEE'S ADVERSARY COMPLAINT FOR BREACH OF CONTRACT, ACCOUNT STATED, UNJUST ENRICHMENT AND TURNOVER OF ESTATE PROPERTY**

For the reasons set forth in the accompanying Opinion, it is hereby ordered that:

1. The Michaels Construction Company, LLC's Motion to Dismiss the Chapter 7 Trustee's Adversary Complaint for Breach of Contract, Account Stated,

[1] The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number, are: Polished.com Inc. (3938); 1 Stop Electronics Center, Inc. (9485); AC Gallery Inc. (3629); Appliances Connection Inc. (8366); Gold Coast Appliances, Inc. (1575); Joe's Appliances LLC (8354); Superior Deals Inc. (0096); and YF Logistics LLC (8373).

Unjust Enrichment and Turnover of Estate Property is denied as to Counts I, III, and IV.

2. The motion is granted as to Count II, which is dismissed without prejudice.

3. The Chapter 7 Trustee is granted leave to amend the complaint within twenty-one days of the date of entry of this order.

Dated: August 27, 2026
Wilmington, Delaware

Thomas M. Horan
United States Bankruptcy Judge